FILED
2009 Jan-26  AM 09:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

LADONNA P. JACKSON,           }
                              }
     Plaintiff,               }
                              }     CIVIL ACTION NO.
v.                            }     08-AR-2017-S
                              }
TRANS UNION, LLC,             }
                              }
     Defendant.               }

### ORDER

The motion of plaintiff filed on January 23, 2009, to voluntarily dismiss the claims against defendant, Trans Union, LLC, is well taken, and is GRANTED.  Since Trans Union is the only defendant remaining, the above-entitled action is hereby DISMISSED WITH PREJUDICE.

The parties shall bear their own respective costs.

DONE this 26th day of January, 2009.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE